# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-462

**Caption [use short title]**

**Motion for:** an extension of time for Plaintiffs-Respondents to file a response to Defendants' 23(f) petition

Set forth below precise, complete statement of relief sought:

An extension of time for Plaintiffs-Respondents' response to Defendants-Petitioners' 23(f) petition until 7 days after the District Court's final ruling on class certification, and an extension of time for Defendants-Petitioners' reply until 7 days after Plaintiff-Respondents' response.

**Credit Suisse Group AG v. Set Capital LLC**

**MOVING PARTY:** Set Capital LLC, et al.    **OPPOSING PARTY:** Credit Suisse Group AG, et al.

☐ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner    ☑ Appellee/Respondent

**MOVING ATTORNEY:** Michael B. Eisenkraft    **OPPOSING ATTORNEY:** Herbert S. Washer

[name of attorney, with firm, address, phone number and e-mail]

Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor, New York, NY 10005
meisenkraft@cohenmilstein.com (212) 838-0177

Cahill Gordon & Reindell LLP
23 Old Slip, New York, NY 10005
hwasher@cahill.com, (212) 701-3000

**Court- Judge/ Agency appealed from:** The Honorable Analisa Torres, U.S. District Court, Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?    ☐ Yes ☐ No
Has this relief been previously sought in this court?    ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?    ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)
Has argument date of appeal been set?    ☐ Yes ☑ No If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Michael B. Eisenkraft    **Date:** March 6, 2024    Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

No. 23-462

IN THE
United States Court of Appeals
FOR THE SECOND CIRCUIT

SET CAPITAL LLC, STEFAN JAGER, ALEKSANDR GAMBURG, AND APOLLO ASSET LIMITED, Individually and on Behalf of All Others Similarly Situated,

*Plaintiffs-Respondents*,

—against—

CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, TIDJANE THIAM, DAVID R. MATHERS, JANUS HENDERSON GROUP PLC, JANUS INDEX & CALCULATION SERVICES LLC, AND JANUS DISTRIBUTORS LLC D/B/A JANUS HENDERSON DISTRIBUTORS,

*Defendants-Petitioners*.

FROM AN ORDER GRANTING IN PART AND DENYING IN PART CLASS CERTIFICATION ENTERED ON MARCH 16, 2023 BY THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK THE HONORABLE ANALISA TORRES

**APPELLANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE BRIEF**

Plaintiffs-Respondents Set Capital LLC, Stefan Jager, Aleksandr Gamburg, and Apollo Asset Ltd. ("Plaintiffs") and Defendants-Petitioners Credit Suisse Group AG, Credit Suisse AG and Credit Suisse International, Tidjane Thiam and David R. Mathers (collectively, "Defendants") hereby jointly move pursuant to Rules 26(b) and 27(a)(3)(A) of the Federal Rules of Appellate Procedure for an extension of time for the filing of Plaintiffs' response to Defendants' Motion for Petition for Permission to Appeal Pursuant to Federal Rule of Civil Procedure 23(f) ("Petition") and for the setting of a deadline for Defendants to file a reply in further support thereof. Plaintiffs' response to the Petition is currently due on March 8, 2024.

Plaintiffs and Defendants jointly seek an order setting the following deadlines on the briefing of the Petition: Plaintiffs' response to the Petition to be filed within seven days after the District Court enters its order on Plaintiffs' forthcoming motion for class certification; and Defendants' reply in further support of its Petition to be filed within seven days after the filing of Plaintiffs' response to the Petition. In support of this motion, Plaintiffs and Defendants state the following.

1

On March 16, 2023, the District Court entered an order granting in part Plaintiffs' motion for class certification ("Order"). ECF No. 18-001 at pp. 31-32. The Order granted Plaintiffs' motion to certify the "Securities Act Class"[1] and appointed the Plaintiffs as the class representatives and their counsel as Class Counsel. Order at pp. 26-27. The Order also denied without prejudice Plaintiffs' motion seeking certification of two additional classes, the "Misrepresentation Class" and the "Manipulation Class," with leave to renew by May 15, 2023. *Id.* at p. 27.

On March 30, 2023, Defendants filed a Motion for Reconsideration of the District Court's order certifying the Securities Act Class. ECF No. 18-001 at ¶6. The following day, on March 31, 2023, the District Court entered an order setting a briefing schedule on the Motion for Reconsideration. *Id.* at ¶7. Also on March 30, 2023, Defendants submitted their Petition to this Court seeking permission to appeal the certification of the Securities Act Class. ECF No. 1.[2] On April 5, 2023,

---

[1] The definitions of the classes are detailed in the Order.

[2] This Court has previously declined to "address the question whether a motion to amend filed within fourteen days of an order certifying a class can toll the clock for purposes of Rule 23(f)." See *Fleischman* v. *Albany Med. Ctr.*, 639 F.3d 28, 32 (2d Cir. 2011).

2

the Parties jointly submitted a motion for an extension of time for Plaintiffs to file a response to Defendants' 23(f) petition. On April 10, 2023, this Court granted that motion, ordering that Plaintiffs' response be filed "7 days after the district court rules on defendants' motion for reconsideration[.]" ECF No. 31.

On March 1, 2024, the District Court entered its order regarding Defendants' motion for reconsideration. Aff.[3] Ex. A. In that order, the district court also denied Plaintiffs' motion for certification of the "Misrepresentation Class" and the "Manipulation Class." In so doing, the district court ruled that the court's concerns regarding a conflict between the "Manipulation Class" and the "Misrepresentation Class" persisted, and denied certification of those classes without prejudice. The district court granted leave for Plaintiffs to refile their motion for class certification by April 30, 2024, or, alternatively, to "provide evidence to support their statement that the pool of misrepresentation-only plaintiffs is '*de minimis*, if they exist at all.'"

Accordingly, per this Court's governing order, Plaintiffs' response is due on March 8, 2024. However, given Plaintiffs' intention to refile their

---

[3] Affidavit of Michael Eisenkraft dated March 6, 2024 ("Aff."), filed herewith.

3

motion for class certification, and in an effort to conserve judicial and party resources, the Parties submit this motion for an extension to file a response brief to Defendants' Petition.

On the afternoon of March 1, 2024, Plaintiffs' counsel contacted Defendants' counsel seeking an extension for Plaintiffs' response to the Petition given the District Court's order regarding a renewed motion to certify the Misrepresentation and Manipulation Classes. Aff. at ¶6. On March 3, 2024, Defendants agreed to submit this joint motion. *Id.* at ¶7. Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, the Court may extend the time prescribed by these rules, including the date by which Plaintiffs' response to the Petition is due.

Although the Federal Rules of Appellate Procedure do not specifically address the filing of a reply in further support of a Rule 23(f) petition, the Rules provide that the party seeking relief generally shall be afforded an opportunity to respond to any opposition to the relief being sought. *See, e.g.*, Fed. R. App. P. 27(a)(4) (permitting reply to response to a motion); Fed. R. App. P. 28(c) (same). This Court often accepts replies in support of Rule 23(f) petitions, even where the non-movant opposes the request. Moreover, this Court's first extension granted leave for

Defendants to file a reply brief in further support of the Petition within seven days of Plaintiffs' response brief's being filed. Here, not only does the non-movant not oppose, but the parties are making a joint request.[4]

This is both parties' second request for an extension. Aff. at ¶10. No prejudice will result from granting this request for an extension of time and permission for a reply.

WHEREFORE, Plaintiffs and Defendants respectfully jointly move the Court to grant the above-proposed extension of time and set the requested deadlines for Plaintiffs' response and Defendants' reply to the Petition.

RESPECTFULLY SUBMITTED this 6th day of March, 2024.

Dated: March 6, 2024 /s/ *Michael B. Eisenkraft*

Michael B. Eisenkraft
Laura H. Posner
COHEN MILSTEIN SELLERS &
TOLL, PLLC
88 Pine Street

---

[4] *See, e.g., Chery* v. *Conduent Educ. Servs., LLC,* No. 21-1312, Dkt. No. 45 (2d Cir. July 26, 2021); *Blackberry Ltd.* v. *Pearlstein,* No. 21-243, Dkt. No. 80 (2d Cir. June 23, 2021); *Lerman* v. *Apple, Inc.,* No. 20-3627, Dkt. No. 60 (2d Cir. Feb. 19, 2021); *In re Chi. Bridge & Iron,* No. 20-1162, Dkt. No. 68 (2d Cir. Aug. 11, 2020); *In re Grupo Televisa Sec. Litig.,* No. 20-2210, Dkt. No. 64 (2d Cir. Oct. 6, 2020); *In re Signet Jewelers Ltd.,* No. 19-2268, Dkt. No. 80 (2d Cir. Nov. 19, 2019); *Famular v. Whirlpool Corp.,* No. 19-838, Dkt. No. 37 (2d Cir. Aug. 6, 2019); *In re Deutsche Bank AG,* No. 18-3036, Dkt. No. 40 (2d Cir. Feb. 20, 2019).

14th Floor
New York, NY 10005
(212) 838-7797

Carol V. Gilden
COHEN MILSTEIN SELLERS &
TOLL, PLLC
190 S. LaSalle Street
Suite 1705
Chicago, IL 60603

*Counsel for Plaintiffs-Respondents*

Dated: March 6, 2024                     */s/ Herbert S. Washer*


Herbert S. Washer
Edward N. Moss
Tammy L. Roy
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
hwasher@cahill.com
emoss@cahill.com
troy@cahill.com

*Counsel for Credit Suisse Group AG, Credit Suisse AG, Credit Suisse International, Tidjane Thiam, and David R. Mathers*

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that Respondents' motion uses a proportionally spaced Times New Roman typeface, 14-point, and that the text of the joint motion comprises 1,039 words according to the word count provided by Microsoft Word word-processing software.

By: <u>*/s/ Michael B. Eisenkraft*</u>

Michael B. Eisenkraft

# CERTIFICATE OF SERVICE

I am a member of the Bar of this Court and am a partner with the firm Cohen Milstein Sellers & Toll PLLC, attorneys for Plaintiffs-Respondents Set Capital LLC, Stefan Jager, Aleksandr Gamburg, and Apollo Asset Ltd. I hereby certify under penalty of perjury that on March X, 2024, I have caused an electronic copy of the foregoing joint motion to be transmitted to counsel for the Petitioners.

By: */s/ Michael B. Eisenkraft*

Michael B. Eisenkraft