# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-462

**Caption [use short title]**

**Motion for:** an extension of time to file a response to Petitioners' Petition for Permission to Appeal Pursuant to Fed. R. Civ. P. 23(f).

Set forth below precise, complete statement of relief sought:

a 7-day extension of time to file a response to Petitioners' Petition for Permission to Appeal Pursuant to Fed. R. Civ. P. 23(f).

**Credit Suisse Group AG v. Set Capital LLC**

**MOVING PARTY:** Set Capital LLC, et al.
**OPPOSING PARTY:** Credit Suisse Group AG, et. al.

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☑ Appellee/Respondent

**MOVING ATTORNEY:** Michael Eisenkraft
**OPPOSING ATTORNEY:** Herbert S. Washer

[name of attorney, with firm, address, phone number and e-mail]

Cohen Milstein Sellers & Toll PLLC
88 Pine St., 14th Floor, New Yor, NY 10005
meisenkraft@cohenmilsteincom, (212) 838-0177

Cahill Gordon & Reindel LLP
23 Old Slip, New York, NY 10005
hwasher@cahill.com, (212) 701-3000

**Court- Judge/ Agency appealed from:** The Honorable Analisa Torres, U.S. District Court, Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Michael Eisenkraft  **Date:** February 17, 2025  Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# No. 23-462

IN THE
## United States Court of Appeals
FOR THE SECOND CIRCUIT

_____

SET CAPITAL LLC, et al., Individually and
on Behalf of All Others Similarly Situated,

*Plaintiffs-Respondents,*

—against—

CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE
INTERNATIONAL, TIDJANE THIAM, DAVID R. MATHERS, JANUS HENDERSON
GROUP PLC, JANUS INDEX & CALCULATION SERVICES LLC, and
JANUS DISTRIBUTORS LLC d/b/a JANUS HENDERSON DISTRIBUTORS,

*Defendants-Petitioners.*

_____

FROM AN ORDER GRANTING IN PART AND DENYING IN PART CLASS CERTIFICATION
ENTERED ON MARCH 16, 2023 BY THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
THE HONORABLE ANALISA TORRES

_____

PETITION FOR PERMISSION TO APPEAL PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)

**JOINT MOTION FOR AN EXTENSION OF TIME FOR RESPONDENTS TO FILE A
RESPONSE TO PETITIONERS' PETITION FOR PERMISSION TO APPEAL PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 23(f)**

MICHAEL EISENKRAFT
LAURA H. POSNER
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
(212) 838-7797
*Attorneys for Plaintiffs-Respondents*

HERBERT S. WASHER
EDWARD N. MOSS
TAMMY L. ROY
IVAN TORRES
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, New York 10005
(212) 701-3000
*Attorneys for Defendants-Petitioners*

Plaintiffs-Respondents Set Capital LLC, Stefan Jager, Aleksandr Gamburg, Apollo Asset Ltd., and the Sudheera Tripuraneni Trust U/A DTD 11/16/2015 (the "Trust" and, collectively, "Plaintiffs") and Defendants-Petitioners Credit Suisse Group AG, Credit Suisse AG, Credit Suisse International, Tidjane Thiam and David R. Mathers (collectively, "Defendants") hereby jointly move pursuant to Rules 26(b) and 27(a)(3)(A) of the Federal Rules of Appellate Procedure for an extension of time for the filing of Plaintiffs' response to Defendants' Motion for Petition for Permission to Appeal Pursuant to Federal Rule of Civil Procedure 23(f) ("Petition") and for the filing of Defendants' reply thereto. Plaintiffs' response to the Petition is currently due on February 19, 2025; Defendants' reply is currently due on February 26, 2025. Plaintiffs and Defendants jointly seek an order setting the following deadlines on the briefing of the Petition: Plaintiffs' response to the Petition to be filed on February 26, 2025; and Defendants' reply in further support of its Petition to be filed on March 12, 2025. In support of this motion, Plaintiffs and Defendants state the following.

On March 16, 2023, the District Court entered an order granting in part Plaintiffs' motion for class certification ("Order"). ECF No. 18-001 at pp. 31-32. The Order granted Plaintiffs' motion to certify the "Securities Act Class"[1] and appointed the Plaintiffs as the class representatives and their counsel as Class

---

[1] The definitions of the classes are detailed in the Order.

1

Counsel. Order at pp. 26-27. The Order also denied without prejudice Plaintiffs' motion seeking certification of two additional classes, the "Misrepresentation Class" and the "Manipulation Class," with leave to renew by May 15, 2023. *Id.* at p. 27.

On March 30, 2023, Defendants filed a Motion for Reconsideration of the District Court's order certifying the Securities Act Class. ECF No. 18-001 at ¶ 6. The following day, on March 31, 2023, the District Court entered an order setting a briefing schedule on the Motion for Reconsideration. *Id.* at ¶7. Also on March 30, 2023, Defendants submitted their Petition to this Court seeking permission to appeal the certification of the Securities Act Class. ECF No. 1. On April 5, 2023, the Parties jointly submitted a motion for an extension of time for Plaintiffs to file a response to Defendants' 23(f) petition. On April 10, 2023, this Court granted that motion, ordering that Plaintiffs' response be filed "7 days after the district court rules on defendants' motion for reconsideration" with Defendants' reply in further support to be due 7 days thereafter. ECF No. 31.

On March 1, 2024, the District Court entered its order regarding Defendants' motion for reconsideration. ECF No. 35-2. In that order, the District Court also denied Plaintiffs' motion for certification of the "Misrepresentation Class" and the "Manipulation Class." *Id.* In so doing, the District Court ruled that the court's concerns regarding a conflict between the "Manipulation Class" and the "Misrepresentation Class" persisted and denied certification of those classes without

2

prejudice. The District Court granted leave for Plaintiffs to refile their motion for class certification by April 30, 2024, or, alternatively, to "provide evidence to support their statement that the pool of misrepresentation-only plaintiffs is '*de minimis*, if they exist at all.'"

On March 6, 2024, Plaintiffs filed an unopposed motion to extend the briefing schedule on Defendants' Petition, on the basis that Plaintiffs intended to refile their motion for class certification, and in an effort to conserve judicial and party resources. On March 7, 2024, this Court issued an Order, granting that request, and setting Respondents' time to respond to the Petition until "7 days after the district court's final ruling on class certification," and extending the time for Defendants' reply "until 7 days after Respondents' response." *Id*.

On February 11, 2025, the District Court entered its order regarding Plaintiffs' renewed motion to certify the Misrepresentation Class and Manipulation Class, wherein it denied Plaintiffs' motion to certify the Misrepresentation Class with prejudice, and granted Plaintiffs' motion to certify the Manipulation Class. *See* Aff.[2] Ex. A. Accordingly, per this Court's governing Order, Plaintiffs' response is currently due on February 19, 2025, and Defendants' reply is currently due on February 26, 2025.

---

[2] Affidavit of Michael Eisenkraft dated February 14, 2025 ("Aff.").

On February 13, 2025, Plaintiffs' counsel contacted Defendants counsel seeking an extension for Plaintiffs' response to the Petition given: (1) the upcoming Presidents' day holiday; and (2) the passage of time since the Petition was originally filed. Aff. at ¶ 6. Later that day, the Parties agreed to submit this joint motion. Aff. at ¶ 7. Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, the Court may extend the time prescribed by these rules, including the date by which Plaintiffs' response to the Petition is due.

Although the Federal Rules of Appellate Procedure do not specifically address the filing of a reply in further support of a Rule 23(f) petition, the Rules provide that the party seeking relief generally shall be afforded an opportunity to respond to any opposition to the relief being sought. *See, e.g.*, Fed. R. App. P. 27(a)(4) (permitting reply to response to a motion); Fed. R. App. P. 28(c) (same). This Court often accepts replies in support of Rule 23(f) petitions, even where the non-movant opposes the request. Moreover, this Court's two prior extensions granted leave for Defendants to file a reply brief in further support of the Petition within seven days of Plaintiffs' response brief's being filed. Here, not only does the non-movant not oppose, but the parties are making a joint request.[3]

---

[3] *See, e.g.*, *Chery* v. *Conduent Educ. Servs., LLC*, No. 21-1312, Dkt. No. 45 (2d Cir. July 26, 2021); *Blackberry Ltd.* v. *Pearlstein*, No. 21-243, Dkt. No. 80 (2d Cir. June 23, 2021); *Lerman* v. *Apple, Inc.*, No. 20-3627, Dkt. No. 60 (2d Cir. Feb. 19, 2021); *In re Chi. Bridge & Iron*, No. 20-1162, Dkt. No. 68 (2d Cir. Aug. 11, 2020); *In re Grupo Televisa Sec. Litig.*, No. 20-2210, Dkt. No. 64 (2d Cir. Oct. 6, 2020); *In re*

This is the third request for an extension. Aff. at ¶ 8. No prejudice will result from granting this request for an extension of time and permission for a reply.

WHEREFORE, Plaintiffs and Defendants respectfully jointly move the Court to grant the above-proposed extension of time and set the requested deadlines for Plaintiffs' response and Defendants' reply to the Petition.

Respectfully submitted,

Dated: February 17, 2025     By:    /s/ *Michael Eisenkraft*
Michael Eisenkraft
Laura H. Posner
COHEN MILSTEIN SELLERS &
TOLL PLLC
88 Pine Street
14th Floor
New York, NY 10005
(212) 838-7797

*Counsel for Plaintiffs-Respondents*

Dated: February 17, 2025     By:    /s/ *Herbert S. Washer*
**CAHILL GORDON &REINDEL LLP**
Herbert S. Washer
Edward N. Moss
Tammy L. Roy

---

*Signet Jewelers Ltd.*, No. 19-2268, Dkt. No. 80 (2d Cir. Nov. 19, 2019); *Famular* v. *Whirlpool Corp.*, No. 19-838, Dkt. No. 37 (2d Cir. Aug. 6, 2019); *In re Deutsche Bank AG*, No. 18-3036, Dkt. No. 40 (2d Cir. Feb. 20, 2019).

Ivan Torres
32 Old Slip
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
hwasher@cahill.com
emoss@cahill.com
troy@cahill.com
itorres@cahill.com

*Attorneys for Credit Suisse Group AG, Credit Suisse AG, Credit Suisse International, Tidjane Thiam, and David R. Mathers*

# CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that Respondents' motion uses a proportionally spaced Times New Roman typeface, 14-point, and that the text of the joint motion comprises 1,095 words according to the word count provided by Microsoft Word for Microsoft 365 Version 2408 word processing software.

By:    <u>/s/ *Michael Eisenkraft*</u>
        Michael Eisenkraft

# CERTIFICATE OF SERVICE

I am a member of the Bar of this Court and am a partner with the firm of Cohen Milstein Sellers & Toll PLLC, attorneys for Plaintiffs-Respondents Set Capital LLC, Stefan Jager, Aleksandr Gamburg, and Apollo Asset Ltd. I hereby certify under penalty of perjury that on February 17, 2025, I have caused an electronic copy of the foregoing joint motion to be transmitted to counsel for the Petitioners.

By:   /s/ *Michael Eisenkraft*
      Michael Eisenkraft