# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of February, two thousand twenty-five.

---

| | |
|---|---|
| Credit Suisse Group AG, Credit Suisse AG, Credit Suisse International, Tidjane Thiam, David R. Mathers, Janus Henderson Group PLC, Janus Index & Calculations Services LLC., Janus Distributors, LLC, DBA Janus Henderson Distributors, | **ORDER** <br><br> Docket No. 23-462 |

     Petitioners,

v.

Set Capital LLC, Individually and on Behalf of All Others Similarly Situated, Stefan Jager, Aleksandr Gamburg, Apollo Asset Limited,

     Respondents.

---

     The parties jointly move for an extension of time to file a response to the petition for leave to appeal and the reply in support of the petition.

     IT IS HEREBY ORDERED that the motion is GRANTED to the following extent. Respondents are granted an extension until February 26, 2025 to cure their defective filing. Petitioners' reply must be filed by March 12, 2025.

                                                                     For the Court:
                                                                       Catherine O'Hagan Wolfe,
                                                                       Clerk of Court

